**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
MAURICE ANTHONY MOORE
GRENDA DENISE MOORE
120 DACETOWN RD
ELLISVILLE, MS 39437-4730

CHAPTER 13 PROCEEDING:
21-50931 KMS

SSN: XXX-XX-4346

**RELEASE OF WAGES**

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

R & BW INC.
44 GOLF CLUB RD
HATTIESBURG, MS 39402

was required to pay debtor's earnings or a portion thereof to:

DAVID RAWLINGS, TRUSTEE
LOCK P.O. BOX 871
HATTIESBURG, MS 39403
(601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net