UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
MAURICE ANTHONY MOORE
GRENDA DENISE MOORE

CHAPTER 13 PROCEEDING
21-50931 KMS

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

TAKE NOTICE that the above-referenced Debtors have made all plan payments required to complete the confirmed Chapter 13 plan filed in the above-styled and numbered bankruptcy proceeding.

Trustee hereby requests that the Court Clerk hold Debtors' case open until all Trustee disbursement checks issued to creditors have cleared and the Trustee has filed his Final Report and Accounting.

Respectfully submitted on this the 13th day of November, 2026.

/s/ DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011