**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Maurice Anthony Moore** **Case No. 21-50931-KMS**
**Grenda Denise Moore, Debtors** **Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

| | | |
|---|---|---|
| Signed: | **/s/ Maurice Anthony Moore**<br>Maurice Anthony Moore | **11/19/2026**<br>Date |
| | **/s/ Grenda Denise Moore**<br>Grenda Denise Moore | **11/21/2026**<br>Date |
| | **/s/ Thomas C. Rollins, Jr.**<br>Thomas C. Rollins, Jr., MS Bar No. 103469<br>Attorney for the Debtors<br>The Rollins Law Firm, PLLC<br>P.O. Box 13767<br>Jackson, MS 39236<br>601.500.5533 | **11/23/2026**<br>Date |

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On November 23, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

**/s/ Thomas C. Rollins, Jr**
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MAURICE ANTHONY MOORE
GRENDA DENISE MOORE

CASE NO: 21-50931-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/23/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/23/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

MAURICE ANTHONY MOORE
GRENDA DENISE MOORE

CASE NO: 21-50931-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/23/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/23/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 21-50931-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON NOV 23 9-53-41 PST 2026

COMMUNITY BANK OF MISSISSIPPI
P O BOX 265
LAUREL MS 39441-0265

FORD MOTOR CREDIT COMPANY
CO ROBERT ALAN BYRD
PO BOX 1939
BILOXI MS 39533-1939

FORD MOTOR CREDIT COMPANY LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FORD MOTOR CREDIT COMPANY LLC CO AIS PORT
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~DAN M RUSSELL JR US COURTHOUSE~~
~~2012 15TH STREET SUITE 244~~
~~GULFPORT MS 39501-2036~~

ATT
PO BOX 5087
CAROL STREAM IL 60197-5087

AFNI INC
PO BOX 3097
BLOOMINGTON IL 61702-3097

AMERICAN PHYSCIAN HOLD
PO BOX 3910
TUPELO MS 38803-3910

COMCAST
PO BOX 1931
BURLINGAME CA 94011-1931

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD STE 3000
SOUTHFIELD MI 48034-8331

CENTRAL CREDIT SERVICE
PO BOX 15118
JACKSONVILLE FL 32239-5118

COMCAST
220 LAKERIDGE DRIVE SE
SMYRNA GA 30082-5244

COMENITYMPRC
PO BOX 182120
COLUMBUS OH 43218-2120

~~EXCLUDE~~

~~(D)COMMUNITY BANK OF MISSISSIPPI~~
~~PO BOX 265~~
~~LAUREL MS 39441-0265~~

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD MI 48086-5070

CREDIT COLLECTION SERC
725 CANTON ST
NORWOOD MA 02062-2679

CREDIT ONE
PO BOX 98872
LAS VEGAS NV 89193-8872

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS NV 89193-8873

FORD MOTOR CREDIT
PO BOX 790093
SAINT LOUIS MO 63179-0093

~~EXCLUDE~~

~~(D)FORD MOTOR CREDIT COMPANY~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY OK 73118-7901~~

GFC LENDING LLC
PO BOX 29018
PHOENIX AZ 85038-9018

I C SYSTEM
PO BOX 64378
SAINT PAUL MN 55164-0378

JOVONDRA M S MOORE
120 DACETOWN RD
ELLISVILLE MS 39437-4730

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LABORATORY CORP OF AME
PO BOX 2240
BURLINGTON NC 27216-2240

LIBERTY MUTUAL INSURAN
175 BERKELEY ST
BOSTON MA 02116-3350

(P)MERCHANTS ADJUSTMENT SERVICE INC
ATTN ATTN SHERI
PO BOX 7511
MOBILE AL 36670-0511

MIDLAND CREDIT MANAGEMENT INC
PO BOX 2037
WARREN MI 48090-2037

MIDLAND FUND
320 EAST BIG BEAVER
TROY MI 48083-1238

NM TAXATION REVENUE DEPARTMENT
PO BOX 8575
ALBUQUERQUE NM 87198-8575

NEW MEXICO DEPT OF REV
PO BOX 8487
ALBUQUERQUE NM 87198-8487

PHEONIX FINANCIAL SERV
PO BOX 361450
INDIANAPOLIS IN 46236-1450

RESURGENT CAPITAL SERV
15 SOUTH MAIN ST
STE 600
GREENVILLE SC 29601-2768

ROBERT ALAN BYRD
ATTY FOR FORD MOTOR COMPANY
PO BOX 1939
BILOXI MS 39533-1939

SYNCHRONY BANK
PO BOX 105972
ATLANTA GA 30348-5972

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

TOWER LOAN OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

~~EXCLUDE~~
~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

WALMART
PO BOX 530927
ATLANTA GA 30353-0927

~~EXCLUDE~~
~~(P)DAVID RAWLINGS~~
~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~
~~PO BOX 566~~
~~HATTIESBURG MS 39403-0566~~

GRENDA DENISE MOORE
120 DACETOWN RD
ELLISVILLE MS 39437-4730

JENNIFER A CURRY CALVILLO
THE ROLLINS LAW FIRM
702 W PINE ST
HATTIESBURG MS 39401-3836

DEBTOR
MAURICE ANTHONY MOORE
120 DACETOWN RD
ELLISVILLE MS 39437-4730

~~EXCLUDE~~
~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~